UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

**Order Filed on October 10, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joaris DeJesus,

        Debtor.

Case No.: 17-24624-JNP

Chapter: 13

Judge: Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____400.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*