Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24624−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joaris DeJesus
  2962 N. Congress Road
  Camden, NJ 08104

Social Security No.:
  xxx−xx−4493

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
      District of New Jersey
```

In re:                                                                    Case No. 17-24624-JNP
Joaris DeJesus                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Feb 24, 2020
                              Form ID: 148               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
```
db             #+Joaris DeJesus,    2962 N. Congress Road,    Camden, NJ 08104-3632
cr              City of Camden Water & Sewer,    c/o Office of the City Attorney,
                 City Hall, 4th Floor, Suite 419,    PO Box 95120,    Camden, NJ  08101-5120
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516951374      +ARS/Account Resolution Specialist,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
516951375       Camden County MUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
517072061      +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
516951376      +City of Camden,    Tax Office,    PO Box 95120,    Camden, NJ 08101-5120
517067122      +City of Camden,    Dept. of Revenue & Collections,    c/o Office of the City Attorney,
                 Suite 419-CIty Hall,    520 Market Street,    Camden, NJ 08102-1300
517068630      +City of Camden,    Water & Sewer,    c/o Office of the City Attorney,    Suite 419 - City Hall,
                 520 Market Street,    Camden, NJ 08102-1300
516951383      +Ditech Financial LLC,    Phelan Hallinan Diamond & Jones,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517268806      +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
516951379      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516951380      +Experian,    PO Box 4500,    Allen, TX 75013-1311
516951381      +Francisco Rodriguez,    1236 N. 32nd St.,    Camden, NJ 08105-4226
518654762       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518654763       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
516951384      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516951385      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
516951386      +Trojan Profe,    P.o. Box 1270,    Los Alamitos, CA 90720-1270
516951387       Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16448,    St Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516951373      +EDI: AARGON.COM Feb 25 2020 04:48:00      Aargon Agency,    Attn: Bankruptcy Department,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
516951377      +EDI: CONVERGENT.COM Feb 25 2020 04:48:00      Convergent Outsoucing, Inc,    800 Sw 39th St,
                 Renton, WA 98057-4927
516951378      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 25 2020 00:25:32      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517000998       E-mail/Text: bankruptcy.bnc@ditech.com Feb 25 2020 00:25:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516951382      +EDI: IRS.COM Feb 25 2020 04:48:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517260297       EDI: ECMC.COM Feb 25 2020 04:48:00      US Department of Education,    P O Box 16448,
                 Saint Paul, MN 55116-0448
516951388      +EDI: VERIZONCOMB.COM Feb 25 2020 04:48:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 9
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517118904*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1         User: admin              Page 2 of 2         Date Rcvd: Feb 24, 2020
                             Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC shay@bbs-law.com,
               jpshay@gmail.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michelle  Banks-Spearman    on behalf of Creditor    City of Camden Water & Sewer
               MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              Thomas G. Egner    on behalf of Debtor Joaris  DeJesus tegner@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```